1124

No. 91–6607. Burns v. United States. C. A. 10th Cir. Certiorari denied. Justice White and Justice Blackmun would grant certiorari.

No. 91–6653. Saleem v. 3–M Co. C. A. 3d Cir. Certiorari denied. Justice Blackmun took no part in the consideration or decision of this petition.

No. 91–282. Halas v. Department of Energy, ante, p. 953;

No. 91–388. Powell v. United States, ante, p. 981;

No. 91–541. Manes v. New Mexico, ante, p. 942;

No. 91–561. Uberoi v. University of Colorado et al., ante, p. 982;

No. 91–616. Diller v. Selvin & Weiner et al., ante, p. 1013;

No. 91–635. Diller v. Selvin & Weiner, ante, p. 1013;

No. 91–654. Cafaro v. New York, ante, p. 1005;

No. 91–5440. Stripling v. Georgia, ante, p. 985;

No. 91–5586. In re Seagrave, ante, p. 1028;

No. 91–5597. McCallum et ux. v. United States, ante, p. 970;

No. 91–5604. Irvin v. Kentucky, ante, p. 995;

No. 91–5721. Taxey v. Illinois, ante, p. 945;

No. 91–5810. Williams v. United States Postal Service et al., ante, p. 1006;

No. 91–5852. Martin v. Knox et al., ante, p. 999;

No. 91–5977. Haugen v. Brady et al.; and Haugen v. Clark County, Nevada, et al., ante, p. 974;

No. 91–5981. Kaffenberger v. City of Bullhead, Arizona, et al., ante, p. 987;

No. 91–6013. Argentina v. DeBenedictus, ante, p. 987;

No. 91–6014. Boyd v. Town of Cabot, Arkansas, et al., ante, p. 987;

No. 91–6039. Portnoy v. United States Postal Service et al., ante, p. 988;

No. 91–6059. Reed v. Belew, Judge, United States District Court for the Northern District of Texas, et al., ante, p. 989;

No. 91–6094. Stevens v. Ohio et al., ante, p. 989;

No. 91–6110. Dokes v. United States District Court for the Eastern District of Arkansas, ante, p. 1015;

No. 91–6129. Dowling v. Kamber et al., ante, p. 1007;

No. 91–6144. LOMELINO *v.* MCDONNELL DOUGLAS AIRCRAFT CORP. ET AL., *ante,* p. 990;

No. 91–6169. BAKER *v.* LOPATIN, MILLER, FREEDMAN, BLUE-STONE, ERLICH, ROSEN & BARTNICK, ATTORNEYS AT LAW, P. C., *ante,* p. 1008;

No. 91–6178. MARTIN *v.* KNOX ET AL., *ante,* p. 1015;

No. 91–6208. BORYSIAK ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 1016;

No. 91–6210. CLARK *v.* UNITED STATES, *ante,* p. 992;

No. 91–6224. IN RE WILLIAMS, *ante,* p. 1028;

No. 91–6245. JOHNSON *v.* PETERSON, *ante,* p. 1039;

No. 91–6336. CERVEN *v.* WORKERS' COMPENSATION APPEALS BOARD OF CALIFORNIA, *ante,* p. 1041; and

No. 91–6389. LAMASNEY *v.* SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES, *ante,* p. 1042. Petitions for rehearing denied.

No. 90–1809. WHITMER *v.* CITY OF CHICAGO ET AL., *ante,* p. 814;

No. 90–6352. GRIFFIN *v.* UNITED STATES, *ante,* p. 46;

No. 90–8020. COSNER *v.* ILLINOIS, *ante,* p. 830; and

No. 90–8199. VENERI *v.* JACOBS ET AL., *ante,* p. 837. Petitions for rehearing denied. JUSTICE THOMAS took no part in the consideration or decision of these petitions.

No. 90–1877. SINGAL *v.* GENERAL MOTORS CORP., *ante,* p. 817; and

No. 90–8473. FOORE *v.* MARRA ET AL., *ante,* p. 853. Motions for leave to file petitions for rehearing denied. JUSTICE THOMAS took no part in the consideration or decision of these motions.